United States District Court
Southern District of Texas
FILED

MAR 0 5 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | **15 CR 113** |
|---|---|---|
| v. | § | CRIMINAL NO. _____ |
| STANSHELLE RENIQUE GAUL | § | |

### CRIMINAL INDICTMENT

The Grand Jury Charges That:

### INTRODUCTION

During calendar years 2007 through 2011, Stanshelle Renique Gaul of Angleton, Texas, prepared dozens of materially false client tax returns by including false Schedule C business losses, false Schedule A itemized deductions, false Form 2106 unreimbursed employee expense deductions, a false First Time Homebuyer Credit, and false Form 2441 credits for child and dependent care expenses supposedly incurred for persons unknown to the clients in order to generate excessive refunds that resulted in losses of approximately $285,000 to the National Treasury.

### COUNTS ONE THROUGH TWENTY-THREE
### [Assisting in the Preparation of False Tax Returns – 26 U.S.C. § 7206(2)]

On or about the dates specified below, in the Houston Division of the Southern District of Texas,

### STANSHELLE RENIQUE GAUL

defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, an agency of the United States Treasury Department, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and

1

tax years hereinafter specified, which were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to report income and claim losses, expenses, deductions, credits, payments and refunds in the approximate amounts hereinafter specified, whereas, as the defendant then and there well knew and believed, the taxpayers were not entitled to report such income and claim such losses, expenses, deductions, credits, payments and refunds in the approximate amounts hereinafter specified, but in greater or lesser amounts:

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 1 | 04/14/09 | A Chavez | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 3,200 |
| | | | | Form 1040, Form 2106-EZ Part I, Line 6, Business Expenses | $ 18,066 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 2,545 |
| 2 | 02/04/10 | A Chavez | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 14,468) |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 1,959 |
| 3 | 02/03/11 | A Chavez | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 15,823) |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 2,112 |

2

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 4 | 01/23/09 | S Lewis | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 5,850 |
| | | | | Form 1040, Form 2106-EZ Part I, Line 6, Total Expenses | $ 15,896 |
| | | | | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to L Runoalds | $ 6,400 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 4,353 |
| 5 | 01/23/10 | S Lewis | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 5,200) |
| | | | | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to L Runoalds | $ 6,000 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 2,975 |

3

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 6 | 02/10/09 | O & E Mack | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 10,210 |
| | | | | Form 1040, Schedule A, Line 17, Gifts to Charity other than by Cash or Check | $ 7,960 |
| | | | | Form 1040, Form 2106-EZ Part I, Line 6, Total Expenses | $ 16,857 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 6,426 |
| 7 | 01/28/10 | O & E Mack | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 14,339) |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 14,250 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 6,565 |

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 8 | 02/18/11 | O & E Mack | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 16,635) |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 6,885 |
| | | | | Form 1040, Form 2441 Child & Dependent Care Expenses, Part II, Line 2 Amount of Qualified Expenses paid for Robert Ledesma | $ 3,300 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 5,340 |
| 9 | 02/04/09 | M & A Khoury | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 5,200 |
| | | | | Form 1040, Form 2106-EZ Part I, Line 6, Total Expenses | $ 11,076 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 7,049 |
| 10 | 02/08/10 | M & A Khoury | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 33,555) |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 5,952 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 11,585 |

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 11 | 02/05/11 | M Khoury | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 17,045) |
| | | | | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to Tiny Treasures | $ 6,265 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 2,975 |
| 12 | 02/12/09 | T & B Khoury | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 9,650 |
| | | | | Form 1040, Form 2106-EZ Part I, Line 6, Total Expenses | $ 14,589 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 5,765 |
| 13 | 02/11/10 | T & B Khoury | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 40,409) |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 8,500 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 6,770 |
| 14 | 02/09/11 | T & B Khoury | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 30,792) |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 7,689 |

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 15 | 02/02/09 | M Rodriguez | 2008 | Form 1040, Schedule A, Line 6, Real Estate Taxes | $ 2,230 |
|  |  |  |  | Form 1040, Form 2106-EZ Part I, Line 6, Total Expenses | $ 23,419 |
|  |  |  |  | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to Marshall | $ 6,000 |
|  |  |  |  | Form 1040, Line 73a, Amount to be refunded | $ 4,076 |
| 16 | 01/29/10 | M Rodriguez | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 15,385) |
|  |  |  |  | Form 1040, Schedule A, Line 6, Real Estate Taxes | $ 2,210 |
|  |  |  |  | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 13,550 |
|  |  |  |  | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to Marshall | $ 6,000 |
|  |  |  |  | Form 1040, Line 73a, Amount to be refunded | $ 5,185 |

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 17 | 02/09/11 | M Rodriguez | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 25,660) |
|  |  |  |  | Form 1040, Form 2441 Child & Dependent Care Expenses, Part I, Line 1 Amount paid to Marshall | $ 6,400 |
|  |  |  |  | Form 1040, Line 74a, Amount to be refunded | $ 2,768 |
| 18 | 02/19/09 | B Shanklin | 2008 | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 14,570 |
|  |  |  |  | Form 1040, Form 2106-EZ, Part I, Line 6, Total Expenses | $ 11,215 |
|  |  |  |  | Form 1040, Form 2441 Child & Dependent Care Expenses, Part II, Line 2 Amount of Qualified Expenses paid for Shannon Fuller | $ 3,000 |
|  |  |  |  | Form 1040, Line 69, First Time Homebuyer Credit | $ 3,476 |
|  |  |  |  | Form 1040, Line 73a, Amount to be refunded | $ 15,630 |

8

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 19 | 01/27/10 | B Shanklin | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 21,340) |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 21,300 |
| | | | | Form 1040, Form 2441 Child & Dependent Care Expenses, Part II, Line 2 Amount of Qualified Expenses paid for Shannon Fuller | $ 3,000 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 11,328 |
| 20 | 02/16/11 | B Shanklin | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 38,625) |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 10,168 |
| 21 | 01/21/09 | K Wilson | 2008 | Form 1040, Schedule A, Line 6, Real Estate Taxes | $ 2,120 |
| | | | | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check | $ 3,720 |
| | | | | Form 1040, Schedule A, Job Expenses and Certain Miscellaneous Deductions, Line 27 | $ 12,172 |
| | | | | Form 1040, Line 73a, Amount to be refunded | $ 3,475 |

| Count | Date of Offense | Taxpayer(s) Last Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 22 | 01/27/10 | K Wilson | 2009 | Form 1040, Line 12, Business income or (loss) | ($ 8,157) |
|  |  |  |  |  | $ 2,010 |
|  |  |  |  | Form 1040, Schedule A, Line 6, Real Estate Taxes |  |
|  |  |  |  |  | $ 2,875 |
|  |  |  |  | Form 1040, Schedule A, Line 16, Gifts to Charity by Cash or Check |  |
|  |  |  |  |  | $ 2,564 |
|  |  |  |  | Form 1040, Line 73a, Amount to be refunded |  |
| 23 | 01/22/11 | K Wilson | 2010 | Form 1040, Line 12, Business income or (loss) | ($ 9,120) |
|  |  |  |  | Form 1040, Line 74a, Amount to be refunded | $ 1,354 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

Original Signature on File
_____

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
Jimmy Sledge Jr.
Assistant United States Attorney

10